FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Oct 29, 2026
SEAN F. McAVOY, CLERK

AO 91 (Rev.11/11) Criminal Complaint

**United States District Court**
**for the**
**Eastern District of Washington**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff* | ) | |
| v. | ) | **Case No. 2:26-MJ-00694-JAG** |
| **Alexis MENDOZA,** *Defendant.* | ) | |

**CRIMINAL COMPLAINT**

I, Ethan Pendleton, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the dates of October 28, 2026, in the County of Chelan in the Eastern District of Washington, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(A) | Possesion with the intent to Distribute 5 Kilograms or More of Cocaine |

This complaint is based on these facts:

I am a Special Agent with Homeland Security Investigations, and the facts alleged in this complaint come from my personal observations, my training and experience, and information obtained from other agents and witnesses.

On October 24, 2026, Investigators received a call from HSI Tacoma informing them they had received a lead from a confidential informant (hereinafter "CS1"), who is managed by HSI Tacoma. CS1 has provided reliable information in the past which has resulted in search warrants, arrests, and seizures. A Special Agent from HSI Tacoma has informed me that CS1 has proven to be reliable and credible and has one felony drug conviction from approximately 20 years ago. CS1 is working for HSI Tacoma in return for monetary compensation.

On October 26, 2026, I spoke with HSI Tacoma and learned that an uncharged co-conspirator had spoken with CS1 about selling CS1 cocaine and indicate he would connect CS1 with the co-conspirator's "cousin."

On October 26, 2026, at approximately 7:45 p.m. investigators monitored a call from the unidentified cousin/subject to CS1. The unidentified subject called CS1 from 206-807-1979. Investigators were able to hear the conversation which was in Spanish. Investigators were able to understand or make out that CS1 ordered "seis" (six) kilos for $16,500 per kilogram. Based off investigators listening to the conversation, and a debrief with CS1 following the conversation, it was determined that CS1 told the unidentified target that CS1 was going to tell the customer the price is $16,800 and keep $300 from each kilo for themselves, to which the unidentified target agreed.

On October 27, 2026, investigators determined that 206-807-1979 was assigned to T-Mobile. Investigators submitted a subpoena for subscriber information, as well as Call Data Records (CDR). On October 27, 2026, T-Mobile provided investigators with a return of information, which did not list a subscriber. The phone appeared to be prepaid device, which frequently does not have subscriber information attached. Additional database checks failed to provide any additional information on the identity of the user of 206-807-1979.

On October 27, 2026, investigators submitted and were granted a state search warrant for Pen Register / Trap and Trace (PRTT) data, as well as GPS data, for 206-807-1979. Investigators served T-Mobile with this legal demand on the same date.

On October 28, 2026, CS1 contacted investigators and informed them the suspect was still interested in driving to Wenatchee, WA to sell six (6) kilograms of cocaine. CS1 told Investigators the suspect had again spoken with him from phone number 206-807-1979 and told CS1 to provide him with an address where they could meet in Wenatchee, WA. Investigators provided CS1 with the address of the Coast Hotel located at 201 N Wenatchee Ave, Wenatchee, WA 98801. Wenatchee is within the Eastern District of Washington. CS1 provided the suspect with the address and the suspect agreed to meet CS1 there.

At approximately 11:30 a.m. CS1 informed investigators that the suspect told him he was on I-90 passing through North Bend, WA. At approximately 12:45 p.m. investigators set up surveillance near the intersection of Hwy 97 and Hwy 2 to identify potential vehicles of interest.

Several other units set up surveillance at and around the Coast Hotel. Investigators researched vehicles passing by that were traveling north on Hwy 97 (towards Wenatchee.) At approximately 1:10 p.m. investigators observed a gray Honda bearing WA plate CTT2029 traveling north on Hwy 97 towards Hwy 2. Investigators took a video of the vehicle and subsequently ran the plate. The vehicle returned to an address in Tacoma, WA to a "Alexis Mendoza," also out of Tacoma. Based off this lead generating from HSI Tacoma, and CS1 having connections to Tacoma, Investigators provided this information to surveillance units at the Coast Hotel, along with information for the vehicle.

CS1 met with Investigators at approximately 1:30 p.m. and informed us that he had received a call from the suspect indicating the suspect was in the area of the meet location. At approximately 1:45 p.m., surveillance units advised us the gray Honda (WA CTT2029) was circling the Coast Hotel's parking lot. While investigators talked to CS1, CS1 received a call from the suspect, which investigators monitored. The suspect told CS1 they wanted to meet at Winco, which is a nearby grocery store located at 1340 N Wenatchee Ave, WA 98801. After discussion with us, we instructed CS1 to agree. Investigators updated surveillance units who responded and set up surveillance in the Winco parking lot. Investigators conducted a search of CS1's person and vehicle and located no narcotics, weapons, or other contraband. CS1 was equipped with a recording device, that investigators monitored throughout the meeting.

Investigators followed CS1 to the Winco Parking lot where CS1 parked. Investigators monitored the recording device. CS1 received a call from the target on phone number 206-807-1979, to coordinate their meeting at Winco. This indicated to investigators that whoever was in possession of the phone servicing 206-807-1979, which had coordinated the deal, was present at the meeting location. Almost immediately after CS1 parked, CS1 was approached by a Hispanic male later identified as Jose A. HERNANDEZ Villegas. CS1 was instructed by the individual on 206-807-1979 to exit his vehicle and meet HERNANDEZ in the parking lot. CS1 exited their vehicle and HERNANDEZ walked directly up to CS1. Investigators monitored the recording device while CS1 met with HERNANDEZ. The conversation was in Spanish, so investigators could only make out pieces of the conversation. With the language deficiencies in mind, investigators were able to understand that HERNANDEZ wanted to see the money and CS1 told him they could not show him the money until CS1 was able to verify the cocaine was

there. The conversation continued, then CS1 returned to their vehicle and updated investigators that CS1 had told HERNANDEZ that the cash was at another location and they wanted to see the cocaine before CS1 would take HERNANDEZ to the money location. HERNANDEZ confirmed all the cocaine was with them and offered to let CS1 hold onto one of the kilograms while they traveled to the location where the money was stored.

Surveillance Units then observed the CS1 go back to his vehicle and HERNANDEZ walk over to the same silver Honda that had been observed earlier and enter the passenger side front door. After a few minutes surveillance units observed the silver Honda drive away and subsequently exit the parking lot.

This Honda had also been observed driving in front of the Coast Hotel in Wenatchee, earlier in the day while conducting surveillance for the aforementioned operation. During that earlier surveillance the vehicle drove in front of the hotel, down the side, and back through the parking lot of the hotel before going west on Wenatchee Ave.

The Honda (CTT2029) began to move out of its parking spot and headed towards N. Wenatchee Avenue. Units followed the Honda as it traveled north on Wenatchee Avenue. Investigators told CS1 to leave the lot and escorted CS1 to a safe location. East Cascade SWAT Team performed a traffic stop of the Honda (CTT2029) in Wenatchee and detained the driver who was identified as **Alexis MENDOZA**, the named Defendant in this complaint. The rear seat passenger was identified as Jose HERNANDEZ Villegas, who had been observed negotiating the details of the drug transaction with the CS1 in the Winco parking lot. I was informed that nobody was in the front passenger seat at the time of the vehicle stop.

MENDOZA and HERNANDEZ were photographed and the photos subsequently shown to CS1, who confirmed HERNANDEZ was who CS1 met with in the parking lot of Winco and discussed the transaction. MENDOZA is who I observed driving the gray Honda on Highway 97 earlier in the day.

The vehicle (WA CTT2029) was secured and impounded to a secure location (still in the Eastern District of Washington) pending the application of a search warrant. While clearing and securing the vehicle, East Cascade Swat Team members noted a large duffel bag in the trunk of the vehicle.

MENDOZA and HERNANDEZ were transported to the Wenatchee Office for

interviews. MENDOZA told investigators he preferred Spanish, so the language line was used for assistance translating. MENDOZA was advised of his constitutional rights in Spanish. MENDOZA said he understood his rights and agreed to speak with investigators. Investigators asked MENDOZA what occurred today and MENDOZA told them, in sum and substance, that what he did today was dumb and he kept referring to doing a favor for someone in Mexico, but would not go into detail. When asked how he knew HERNANDEZ, MENDOZA told investigators they grew up in the same area of Mexico.

Investigators were granted a state search warrant for the Honda and subsequently served it. Investigators located two (2) hidden compartments, frequently referred to as "traps," in the vehicle. These traps were located behind the rear seat and along the sides of the trunk, which appeared to be modified with welded boxes and took advantage of dead space in the vehicle. The compartments were accessed by removing the sides of the back seat that is located between the door and the seat back that folds forward to access the trunk. Upon access to the driver's side compartment, two (2) packages wrapped in plastic and tape were located. These packages are consistent with kilograms of cocaine investigators have seized previously. Upon accessing the passenger side compartment, investigators located four (4) packages wrapped in wrapped in plastic and tape were located and were also consistent with kilograms of cocaine investigators have seized previously. The name "KATRINA" was handwritten on the packaging. Investigators know from their know from their training and experience that kilograms of cocaine often feature names, logos, or stamps for logistics, tracking and ownership. The six (6) packages of suspected cocaine were seized pursuant to a search warrant.

On October 29, 2026, I conducted field tests of two of the individually wrapped packages. Both tested presumptively positive for cocaine. I also weighed the six packages and they weighed a total of 7.55 kilograms, with packaging. I believe the total net weight of the cocaine will be over 5 kilograms once packaging is removed. The packages when cut open again had the name "KATRINA" stamped into them. The bricks had a strong caustic or chemical odor, similar to other seizures of cocaine investigators have made.

PRTT information for phone number 206-807-1979 did not start actively coming through to investigators until approximately 16:37 PDT. The PRTT showed the phone in the range of a tower located on Horselake Road in Wenatchee, WA. This is near the location where the

vehicle was towed to following the subjects being taken into custody and matches the timeline for the car being towed to the storage location. When investigators served the search warrant of the suspect's vehicle, two (2) phones were located in the vicinity of the front driver's seat, where MENDOZA had been sitting. The phone showing in and around the Wenatchee area at the time of the suspect's arrest that arranged the deal with CS1 is indicative to investigators that the individuals that were taken into custody were also in possession of the phone and coordinating the deal with CS1.

I believe MENDOZA possessed the cocaine because the cocaine was found in "traps" in a vehicle registered to MENDOZA and which MENDOZA was observed driving at the time of the car stop and during surveillance on Highway 97. The "traps" appear to be professionally-made and are highly unlikely to be located in a vehicle that is not being actively used for drug trafficking. Accordingly, I believe MENDOZA knowingly possessed the cocaine with the intent to distribute it to CS1.

## CONCLUSION

Based on the aforementioned details, I submit that there is probable cause to believe that Alexis MENDOZA committed the offenses of 21 U.S.C. § 841(a)(1), (b)(1)(A)(ii) Possesion with the intent to Distribute over 5 Kilograms or More of Cocaine. Furthermore, I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

ETHAN C PENDLETO Digitally signed by ETHAN C PENDLETC Date: 2026.10.29 16:59:06 -07'00'

*Complainant's signature*

Ethan C Pendleton, Special Agent HSI
*Printed name and title*

Sworn to before me telephonically and signed electronically.

Date: October 29, 2026

*Judge's signature*

City and state: Spokane, WA

James A. Goeke, United States Magistrate Judge
*Printed name and title*